# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAWN COLLEEN VAN DOSEN,

      Plaintiff,

v.

      Case No. 12-12438
      Hon. Gerald E. Rosen
      Magistrate Judge David R. Grand

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    September 26, 2013

      PRESENT:  Honorable Gerald E. Rosen
                         Chief Judge, United States District Court

      On July 17, 2013, Magistrate Judge David R. Grand issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Dawn Colleen Van Dosen's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment.  No objections have been filed to the R & R.  Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court fully concurs in the thorough analysis of the Magistrate Judge, and adopts the R & R in its entirety.

      Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's July 17, 2013 Report and Recommendation (docket #20) is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's March 8, 2013 motion for summary judgment (docket #17) is DENIED, and that Defendant's April 29, 2013 motion for summary judgment (docket #19) is GRANTED.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated:  September 26, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 26, 2013, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135